LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-7027-GAF | Date | August 22, 2014 |
|---|---|---|---|
| Title | In Re Namco Capital Group Inc.; Sharp v. Yasmeh, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER RE: SCHEDULE

The Court approves the stipulated request of the parties to continue the trial and other pre-trial dates in this case. The new schedule is attached hereto.

**IT IS SO ORDERED.**

# JUDGE GARY ALLEN FEESS
## SCHEDULE OF TRIAL AND PRETRIAL DATES[1]

| Matter | Time | Weeks before trial | Plaintiff(s) (Request) | Defendant(s) (Request) | Court Order |
|---|---|---|---|---|---|
| Trial (jury) (court) Estimated length: ____ days | 8:30 am | | | | 3/31/15 |
| [Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | | -1 | | | 3/23/15 |
| [Court trial] File Findings of Fact and Conclusions of Law; Hearing on Motions in Limine | | -1 | | | |
| Pretrial Conference; Motions in Limine to be filed; Proposed Voir Dire Qs Lodged and Agreed-to Statement of Case | 3:30 pm | -4 | | | 3/2/15 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | | -6 | | | 2/23/15 |
| Last date to conduct Settlement Conference | | -8 | | | 2/20/15 |
| Last day for hearing motions | 9:30 a.m. | -9 | | | 2/9/15 |
| Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.] | | -10 | | | 1/30/15 |
| Last to Amend Pleadings or Add Parties | | | | | |

---

[1] Review the Court's Order re "Rule 26(f) Scheduling Conference" to be sure of the meaning of these terms. S:\GAF\Forms\Scheduling Order [Rev. 3/11]