STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
ROBYN B. SOKOL - Bar No. 159506
RONALD P. ABRAMS - Bar No. 140438
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    sgubner@ebg-law.com; rburstein@ebg-law.com
          rsokol@ebg-law.com; rabrams@ebg-law.com

Special Counsel for Plaintiff,
Bradley D. Sharp, Liquidating Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>                          Debtor. | District Case No. 2:13-cv-07027-BRO<br><br>Bk. Case No. 2:08-bk-32333-BR<br><br>Chapter 11 |
| BRADLEY D. SHARP, Liquidating Trustee,<br><br>                          Plaintiff,<br>vs.<br><br>BRUCE YASMEH, an individual; KOVAL LN 21, LLC, a Nevada limited liability company; NATO FUND, INC., a Nevada corporation; KOVAL LN 6, LLC, a Nevada limited liability company; INTERNATIONAL VILLA, LLC, a Nevada limited liability company; INTERNATIONAL VILLAS PHASE ONE HOMEOWNERS ASSOCIATION INC., a Nevada non-profit coop. corporation; INTERNATIONAL VILLAS PHASE TWO HOMEOWNERS ASSOCIATION INC., a Nevada non-profit coop. corporation; UNITED BUILDING MANAGEMENT, LLC, a Nevada limited-liability company; and UNITED BUILDING LLC, a Nevada limited liability company,<br><br>                          Defendants. | Adv. Case No. 2:10-ap-03166-BR<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING PURSUANT TO SETTLEMENT**<br><br>**Pre-Trial Conference:**<br>Date: April 27, 2015<br>Time: 3:00 p.m.<br>Place: Courtroom 14 |
| And Related Counterclaims | |

1300207

1 | The Court, having reviewed the Notice of Settlement filed herein and
2 | pursuant to proceedings on April 27, 2015,
3 | It Is Hereby Ordered that the within Adversary Proceeding is dismissed with
4 | prejudice, all parties to bear their own fees and costs.  The Court retains jurisdiction to
5 | enforce the terms and provisions of the settlement.

**IT IS SO ORDERED.**

Dated:  May 6, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

1300207